# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Application of<br><br>507 Summit LLC,<br><br>Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | Case No. 23-mc-00043-GBW |

## STIPULATION AND [PROPOSED] ORDER
## GOVERNING INTERVENTION OF 51JOB, INC.

WHEREAS, 507 Summit LLC ("Summit") filed the Petition for an Order of Judicial Assistance Pursuant to 28 U.S.C. § 1782 and Memorandum of Law in Support on January 26, 2023 (the "Application");

WHEREAS, the Application seeks leave to issue subpoenas for documents and deposition discovery to Kroll LLC and Kroll Securities, LLC regarding the appraisal of 51job, Inc.; and WHEREAS, 51job, Inc. advised Summit of its intention to seek to intervene in this matter and Summit has consented to this request to intervene to the extent that such intervention is for the purpose of signing any protective order issued and exercising attendant rights (if any) as to confidentiality, as well as participating in depositions; and WHEREAS, Summit has agreed to use best efforts to allocate one hour of deposition time to 51job, Inc. in any deposition taken as a result of a subpoena issued in this matter.

NOW, THEREFORE, subject to the Court's approval, it is stipulated, agreed, and ordered that:

1. Pursuant to Federal Rule of Civil Procedure 24, 51job, Inc. is granted permission to intervene in this proceeding for the purpose of (a) signing any protective order issued in this matter and exercising attendant rights (if any) as to confidentiality; and (b) participating in any deposition taken as a result of a subpoena issued in this matter.

2. Summit shall use best efforts to allocate one hour of deposition time to 51job, Inc. in any deposition taken as a result of a subpoena issued in this matter.

[*remainder of page intentionally left blank*]

158937753v1

| | |
|---|---|
| /s/ *Christopher B. Chuff*<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br>Evelyn Meltzer (No. 4581)<br>Christopher B. Chuff (No. 5729)<br>1313 Market Street, Suite 5100<br>Wilmington, Delaware 19801<br>Telephone: (302) 777-6500<br>evelyn.meltzer@troutman.com<br>chris.chuff@troutman.com<br><br>*Attorneys for Intervenor 51job, Inc* | s/ *Jamie L. Brown*<br>HEYMAN ENERIO GATTUSO & HIRZEL LLP<br>Jamie L. Brown<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>Telephone: (302) 472-7300<br>jbrown@hegh.law<br><br>*Attorneys for Petitioners* |
| OF COUNSEL:<br><br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>Linda H. Martin (pro hac vice pending)<br>Brandt Henslee (pro hac vice pending)<br>601 Lexington Avenue, 31st Floor<br>New York, New York, 10022<br>Telephone: (212) 277-4000<br>linda.martin@freshfields.com<br>brandt.henslee@freshfields.com | OF COUNSEL:<br><br>PALLAS PARTNERS (US) LLP<br>Duane L. Loft (admitted pro hac vice)<br>Melissa J. Kelley (admitted pro hac vice)<br>John McAdams (pro hac vice forthcoming)<br>75 Rockefeller Plaza<br>New York, NY 10019<br>Telephone: (212) 970-2300<br>duane.loft@pallasllp.com<br>melissa.kelley@pallasllp.com<br>john.mcadams@pallasllp.com |

/s/ *Philip A. Rovner*
POTTER ANDERSON & CORROON LLP
Philip A. Rovner
1313 N. Market St., 6th Fl.
Wilmington, DE 19801-6108
Telephone: (312) 984-6000
provner@potteranderson.com

WINSTON & STRAWN LLP
Stephen V. D'Amore
Scott M. Ahmad
35 West Wacker Drive
Chicago, Illinois 60601
Tel: (312) 558-5600
sdamore@winston.com
sahmad@winston.com

*Counsel for Respondents Duff & Phelps, LLC and Duff & Phelps Securities*

158937753v1

IT IS SO ORDERED this ____ day of _____, 2023.

_____
The Honorable Gregory B. Williams

158937753v1