IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Application of<br><br>507 Summit LLC,<br><br>Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | Case No. 23-mc-00043-GBW |

**ENTRY OF APPEARANCE**

TO THE CLERK:

Kindly enter our appearances on behalf of 51 Job, Inc., intervenor in the above matter.

/s/ Christopher B. Chuff
Evelyn J. Meltzer (No. 4581)
Christopher B. Chuff (No. 5729)
TROUTMAN PEPPER HAMILTON
SANDERS LLP
1313 Market Street, Suite 5100
Wilmington, Delaware 19801
Telephone: (302) 777-6500
evelyn.meltzer@troutman.com
chris.chuff@troutman.com

DATED: June 21, 2023

*Attorneys for Intervenor 51job, Inc.*

1