IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Application of<br><br>507 Summit LLC,<br><br>Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | Case No. 23-mc-00043-GBW |

**ENTRY OF APPEARANCE**

TO THE CLERK:

    Kindly enter our appearances on behalf of 51 Job, Inc., intervenor in the above matter.

                                                          */s/ Christopher B. Chuff*
                                                          Evelyn J. Meltzer (No. 4581)
                                                          Christopher B. Chuff (No. 5729)
                                                           TROUTMAN PEPPER HAMILTON
                                                          SANDERS LLP
                                                          1313 Market Street, Suite 5100
                                                          Wilmington, Delaware 19801
                                                          Telephone: (302) 777-6500
                                                          evelyn.meltzer@troutman.com
                                                          chris.chuff@troutman.com

DATED: June 21, 2023                            *Attorneys for Intervenor 51job, Inc.*