# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Petition of<br><br>507 Summit LLC,<br><br>Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | Case No. 23-mc-00043-GBW |

## MOTION FOR ADMISSION *PRO HAC VICE* OF <u>BRANDT HENSLEE</u>

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *Pro Hac Vice* of Brandt Henslee of Freshfields Bruckhaus Deringer US LLP, 601 Lexington Avenue, 31st Floor, New York, New York 10022 to represent Intervenor 51job Inc. in this matter.

Date: June 27, 2023

OF COUNSEL:

FRESHFIELDS BRUCKHAUS
DERINGER US LLP
Linda H. Martin (*pro hac vice* pending)
Brandt Henslee (*pro hac vice* pending)
601 Lexington Avenue, 31st Floor
New York, New York, 10022
Telephone: (212) 277-4000
linda.martin@freshfields.com
brandt.henslee@freshfields.com

*/s/ Christopher B. Chuff*
Evelyn Meltzer (No. 4581)
Christopher B. Chuff (No.5729)
TROUTMAN PEPPER HAMILTON
SANDERS LLP
1313 Market Street, Suite 5100
Wilmington, Delaware 19801
Telephone: (302) 777-6500
evelyn.meltzer@troutman.com
chris.chuff@troutman.com

Attorneys for Intervenor 51job, Inc.

159081002v2