# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Petition of<br><br>507 Summit LLC,<br><br>Petitioner, for an Order Pursuant to 28 U.S.C.<br><br>§ 1782 to Conduct Discovery for Use in a Foreign<br><br>Proceeding. | Case No. 23-mc-00043-GBW |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Brandt Henslee is granted.

Date:_____    _____
United States District Judge