IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Petition of<br><br>507 Summit LLC,<br><br>Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | Case No. 23-mc-00043-GBW |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I Linda H. Martin, certify that I am eligible for admission to the Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: June 23, 2023

/s/ Linda H. Martin
Linda H. Martin
FRESHFIELDS BRUCKHAUS
DERINGER (US) LLP
601 Lexington Avenue, 31st Floor
New York, New York 10022
(212) 277-4000
linda.martin@freshfields.com

159080719v2